UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00097

**Jenny Presbitero,**
*Plaintiff,*

v.

**Javitch Block, LLC,**
*Defendant.*

**ORDER**

Plaintiff brought this action under the Fair Debt Collection Practices Act. Doc. 10. Defendant then filed a motion to dismiss. Doc. 11. The case was referred to a magistrate judge, who issued a report recommending that defendant's motion be granted in part and that plaintiff's complaint be dismissed with prejudice. Doc. 17 at 9. Neither party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendant's motion (Doc. 11) is granted in part. Plaintiff's complaint is dismissed with prejudice for failure to state a claim. Any pending motions are denied as moot.

*So ordered by the court on February 2, 2026.*

J. CAMPBELL BARKER
United States District Judge